AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 8, 2025 8:39 AM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WAYNE LAEDA | ) | Case No. |
| | ) | MJ 25-01525 WRP |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 5, 2025** in the county of **Hawaii** in the _____ District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Possession with Intent to Distribute 50 grams or more of Methamphetamine |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Douglas Phillips

☐ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Douglas E. Phillips
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **December 7, 2025**

City and state: **Honolulu, Hawaii**

_____
Wes Reber Porter
United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

BARBARA EUCKER
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 372-4308
Facsimile:   (808) 541-2958
Email: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>WAYNE LAEDA,<br><br>  Defendant. | Case No. MJ25-<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly telephonically sworn, deposes and states as follows:

## BACKGROUND

1. I am currently employed as a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the HSI Resident Agent in Charge, Outer Islands Office. I have been employed as a Special Agent since March 2023. As part of my employment with HSI, I attended approximately six months of comprehensive law enforcement and investigative training at the Federal Law Enforcement Training Center ("FLETC"). The training successfully completed at the FLETC included, but was not limited to, general investigative techniques, criminal law, immigration law, handling of evidence, narcotics detection and identification, and trends in smuggling of contraband, among other topics. In my current assignment, I am responsible for investigating a broad scope of violations of federal law, including, but not limited to, narcotics-trafficking violations (Title 21, United States Code, Section 841 et seq.), violations of the Money Laundering Control Act (Title 18, United States Code, Section 1956 et seq.), and violations of the Bank Secrecy Act (Title 31, United States Code, Section 5324 et seq.). As a former Criminal Analyst assigned to the Hawaii Police Department ("HPD") and HSI, and as a Special Agent, I have conducted and assisted in more than 100 investigations involving narcotics trafficking and the financial crimes specified above.

2. I submit this affidavit in support of a Criminal Complaint for Wayne LAEDA ("LAEDA"), for one count of Possession with Intent to Distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

3. On or about December 5, 2025, a Hawaii Police Department (HPD) officer observed a traffic violation of a black Chevrolet Tahoe bearing State of Hawaii license plate YCX466 on Mamalahoa Hwy in Pepeekeo, Hawaii. As a result, a traffic stop was initiated on the vehicle, registered to and operated by Wayne LAEDA. Officers contacted the driver and lone occupant of the vehicle, LAEDA, who presented a State of Hawaii driver's license along with insurance for the vehicle, which was under his name. Checks of law enforcement databases revealed LAEDA is also the registered owner of the vehicle. During the course of the stop, an HPD

canine officer arrived at the scene and deployed his narcotics detection canine on LAEDA's vehicle. The canine alerted to the presence of a controlled substance it is trained to detect within the vehicle.

4. Thereafter, LAEDA was placed under arrest, and the black Chevrolet Tahoe was towed back to the HPD Hilo station and secured within an evidence cage. A State of Hawaii search warrant was obtained for the vehicle, resulting in the recovery of a brown paper "Billabong" bag from within the rear passenger compartment of the vehicle. Within the bag were 5 vacuum sealed plastic bags that contained approximately 2,325 gross grams (approximately 5.12 pounds) of a white crystalline-like substance that a field test determined to be presumptive positive for methamphetamine.

5. Methamphetamine is a Schedule II controlled substance. I know from my training and experience that approximately 2,325 grams of a mixture or substance containing methamphetamine is consistent with a distribution amount and is not consistent with a personal use amount.

//

//

//

//

//

## CONCLUSION

6.Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant Wayne LAEDA for Possession with Intent to Distribute 50 grams or more of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

Douglas Phillips
Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 7th day of December, 2025, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge